IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KIMBERLY McCOY,

     Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and SUMTER
COUNTY TAX COLLECTOR,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2531

Opinion filed January 15, 2015.

An appeal from an order of the Reemployment Assistance Appeals Commission.

Kimberly McCoy, pro se, Appellant.

John F. Dickinson and John S. Gibbs, III of Constangy, Brooks and Smith, LLP, Jacksonville, for Appellees.

PER CURIAM.

     AFFIRMED.

RAY, MAKAR, and BILBREY, JJ., CONCUR.